# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 13 |
|  | ) | Case No. 15-42300-CJP |
| ROBERT CURSI, JR., | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

## ORDER ON MOTION FOR RELIEF FROM STAY

The Motion for Relief from Automatic Stay [#51] (the "Motion") of MTGLQ Investors, LP, having come before the Court, due notice appearing to have been given, no objection thereto having been filed, and good cause appearing therefor, it is hereby ORDERED that MTGLQ Investors, LP, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 90 Edgewood Road, Shrewsbury, Massachusetts, as more particularly described in the Motion, and apply the proceeds from any sale of such property to the debtor's loan balance secured by such mortgage, and, if necessary, bring eviction proceedings against the debtor, all in accordance with applicable state and federal law; and it is further ORDERED that the movant shall provide the trustee and the debtor with an

accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of

movant's mortgage, if any, obtained by the movant shall be remitted to the trustee.

Entered this  4th day of January, 2017.


By the Court,


Christopher J. Panos
U.S. Bankruptcy Judge